7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Ashley E Mott
*Debtor*

*Bankruptcy Case No.*
11–45580–can7

**Janice E. Stanton**
   Plaintiff(s)

*Adversary Case No.*
13–04203–can

v.

**Ashley E Mott**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the Plaintiff is hereby granted judgment against the Defendant Ashley E. Mott for Court costs incurred in this action in the amount of $293.00.
IT IS BY THE COURT FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff is hereby granted judgment against Defendant Ashley E. Mott for attorneys fees and expenses incurred in this action in the amount of $500.00.
IT IS BY THE COURT FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff is hereby granted judgment against Defendant for $5,389.57 pursuant to Count I of Trustees Complaint.
IT IS BY THE COURT FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiff is hereby granted judgment against the Defendant Ashley E. Mott compelling turnover of the sum of $6,182.57, plus interest at the legal rate from the date of judgment.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
   Deputy Clerk



Date of issuance: 3/14/14

Court to serve